UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON


CRIMINAL ACTION NO. 5:06-108-KSF

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          **OPINION & ORDER**

RUSSELL DAVID NICKELL                                                       DEFENDANT

* * * * * * * * * *

This matter came before the Court upon the Supervised Release Violation Report dated May

15, 2013 [DE #93].  It was subsequently referred to United States Magistrate Judge Edward B.

Atkins for a report and recommendation pursuant to 28 U.S.C. § 635(b)(1)(B) on September 13,

2013 [DE #97].  Magistrate Judge Atkins held a  hearing on September 18, 2013 [DE #100], and

issued his Report and Recommendation on September 23, 2013 [DE #102].

In his Report and Recommendation, Magistrate Judge Atkins noted that Nickell stipulated

to the six violations outlined in the Supervised Release Violation Report, waived his right of

allocution before a United States District Judge, and requested that the United States Magistrate

Judge recommend a sentence by written order [DE #100, 101].  Furthermore, the parties advised

Magistrate Judge Atkins of a binding agreement for the Court's consideration in this matter which

would impose a twelve (12) month sentence of imprisonment for the said violations to be

immediately followed by a twenty-four (24) month period of supervised release.  The agreement

further provides that Nickell will also have to pay for and successfully complete a drug rehabilitation

program during supervision as part of this agreement.

The Magistrate Judge, after reviewing the record, considering the arguments of the parties and their agreement, and the factors set forth in 18 U.S.C. § 3553, recommended that the Court sentence Nickell in accordance with the parties' agreement. Neither party has filed any objections to the Magistrate Judge's Report and Recommendation.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Having examined the record, the Court is in agreement with Magistrate Judge Atkins' Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [DE #102] is **ADOPTED** and **INCORPORATED** by reference. A judgment in accordance with this Opinion & Order will be entered contemporaneously.

This October 15, 2013.

Signed By:

*Karl S. Forester* K S F

**United States Senior Judge**